**GARY E. SCHNITZER, ESQ.**
Nevada Bar No. 395
**KRAVITZ, SCHNITZER & JOHNSON, CHTD.**
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorneys for Defendant,*
*Ocwen Loan Servicing, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIONNE HORTON, et al. | Case No. 3:16-CV-00483-MMD-WGC |
| Plaintiff, | |
| v. | **ORDER** |
| OCWEN LOAN SERVICING, LLC, | |
| Defendant. | |

This matter came before the Court on Defendant Ocwen Loan Servicing, LLC's ("Ocwen") Unopposed Motion for Extension of Time to File Verified Petitions for Permission to Practice in this Case Only by Attorney Not Admitted in this Court ("Verified Petitions") and Designation of Local Counsel.

Upon consideration of the motion and for good cause shown, it is hereby

**ORDERED** that the unopposed motion of Ocwen is **GRANTED** and Ocwen shall file Verified Petitions and Designation of Counsel on or before November 11, 2016, which shall be deemed timely filed.

IT IS SO ORDERED this 21st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE